# EXHIBIT G

RACHEL S. BRASS, SBN 219301
  rbrass@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, California 94105-0921
Telephone: 415.393.8200
Facsimile:  415.393.8306

ROBERT C. WALTERS, *pro hac vice*
  rwalters@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201-2911
Telephone: 214.698.3100

JOHN B. QUINN, SBN 90378
  johnquinn@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: 213.443.3000

ROBERT P. FELDMAN, SBN 69602
  bobfeldman@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, California 94065
Telephone:  650.801.5000
Facsimile:   650.801.5100

*Attorneys for Plaintiffs Matt Jones, Bryson DeChambeau, Peter Uihlein, and LIV Golf Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| PHIL MICKELSON, TALOR GOOCH, HUDSON SWAFFORD, MATT JONES, BRYSON DECHAMBEAU, IAN POULTER, PETER UIHLEIN, and LIV GOLF INC., <br><br> Plaintiffs, <br><br> v. <br><br> PGA TOUR, INC., <br><br> Defendant. | CASE NO. CASE NO. 5:22-cv-04486-BLF <br><br> **JOINT STIPULATION REGARDING CASE CAPTION AND CASE SCHEDULE AND [~~PROPOSED~~] ORDER** |

Pursuant to Civil Local Rule 7-12 and the Case Management Conference held on December 16, 2022, Plaintiffs Matt Jones, Bryson DeChambeau, Peter Uihlein ("Player Plaintiffs"), and LIV Golf Inc. (collectively, "Plaintiffs") and Defendant PGA Tour, Inc. ("Defendant") (collectively, "Parties") by and through their undersigned counsel of record, submit the following stipulation to amend the case caption and modify the case schedule and proposed order.

WHEREAS on September 27, 2022, former plaintiffs Phil Mickelson, Talor Gooch, Ian Poulter, and Hudson Swafford voluntarily dismissed their claims against Defendant. ECF 105, 106. As a result, Phil Mickelson, Talor Gooch, Ian Poulter, and Hudson Swafford are no longer parties to this action. Fed. R. Civ. Proc. Rule 41(a)(1)(A);

WHEREAS, and as the Court recognized during the December 16, 2022 Case Management Conference, the Parties respectfully request that the Court amend the caption to reflect the parties in this action as follows:

| MATT JONES, BRYSON DECHAMBEAU, PETER UIHLEIN, and LIV GOLF INC., | CASE NO. 5:22-cv-04486-BLF |
|---|---|
| Plaintiffs, | |
| v. | |
| PGA TOUR, INC., | |
| Defendant and Counter-Plaintiff, | |
| v. | |
| LIV GOLF INC., | |
| Counter-Defendant. | |

WHEREAS, following the Case Management Conference held on December 16, 2022 and pursuant to Court's Order, ECF 187, Counsel for the Parties met and conferred to develop a mutually agreed revised schedule, adhering to the dates the Court explicitly ordered during the hearing;

WHEREAS, the Parties have agreed, subject to this Court's approval, to modify the case schedule as proposed below:

| Date | Event |
| --- | --- |
| Thursday, March 30, 2023 | Written Discovery & Document Production Cutoff |
| Friday, May 26, 2023 | Fact Witness Deposition Cutoff |
| Wednesday, May 31, 2023 | Opening Expert Reports |
| Friday, June 23, 2023 | Rebuttal Expert Reports |
| Wednesday, July 12, 2023 | Close of Expert Discovery |
| Thursday, June 29, 2023 | Defendant's Deadline to File Motion for Summary Judgment |
| Thursday, July 13, 2023 | Deadline to Oppose Defendant's Motion for Summary Judgment/File Cross-Motion for Summary Judgment |
| Thursday, July 27, 2023 | Reply in Support of Defendant's Motion/Opposition to Cross-Motion for Summary Judgment |
| Thursday, August 3, 2023 | Reply in Support of Cross-Motion for Summary Judgment |
| Thursday, August 17, 2023 at 9:00 a.m. PT | Hearing on Cross-Motions for Summary Judgment |
| Thursday, November 2, 2023 | Joint Pretrial Statement and Order |
| Thursday, November 2, 2023 | Motions in Limine Deadline |
| Thursday, November 9, 2023 | Oppositions to Motions in Limine |
| Thursday, November 16, 2023 at 1:30 p.m. PT | Final Pretrial Conference |
| Monday, January 8, 2024 | Trial |

**IT IS ACCORDINGLY STIPULATED**, pursuant to Civil Local Rule 7-12, by and between the undersigned counsel, that, subject to the Court's approval:

1. The case caption shall be modified to reflect the parties to the action, as detailed above.

2. The case schedule shall be modified pursuant to the jointly agreed to scheduled detailed above.

**IT IS SO STIPULATED.**

DATED: January 4, 2023              Respectfully submitted,

By:      /s/ Rachel S. Brass

RACHEL S. BRASS, SBN 219301
  rbrass@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, California 94105-0921
Telephone: 415.393.8200
Facsimile:  415.393.8306

ROBERT C. WALTERS, *pro hac vice*
  rwalters@gibsondunn.com
SCOTT K. HVIDT, *pro hac vice*
  shvidt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201-2911
Telephone: 214.698.3100

JOSHUA LIPTON, *pro hac vice*
  jlipton@gibsondunn.com
KRISTEN C. LIMARZI, *pro hac vice*
  klimarzi@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC  20036-5306
Telephone: 202.955.8500

JOHN B. QUINN, SBN 90378
  johnquinn@quinnemanuel.com
DOMINIC SURPRENANT, SBN 165861
  dominicsurprenant@quinnemmanuel.com
KEVIN TERUYA, SBN 235916
  kevinteruya@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: 213.443.3000
ROBERT P. FELDMAN, SBN 69602
  bobfeldman@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, California 94065
Telephone:  650.801.5000
Facsimile:   650.801.5100

*Attorneys for Plaintiffs Matt Jones, Bryson DeChambeau, Peter Uihlein, and LIV Golf Inc.*

| | | |
|---|---|---|
| DATED: January 4, 2023 | KEKER, VAN NEST & PETERS LLP | |
| | By: *Elliot R. Peters* | |
| | Elliot R. Peters | |

ELLIOT R. PETERS, SBN 158708
  epeters@keker.com
DAVID SILBERT, SBN 173128
  dsilbert@keker.com
R. ADAM LAURIDSEN, SBN 243780
  alauridsen@keker.com
NICHOLAS S. GOLDBERG, SBN 273614
  ngoldberg@keker.com
SOPHIE HOOD, SBN 295881
  shood@keker.com
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     (415) 391-5400
Facsimile:      (415) 397-7188


ANTHONY J. DREYER, admitted *pro hac vice*
  anthony.dreyer@skadden.com
KAREN M. LENT, admitted *pro hac vice*
  karen.lent@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, Ny 10001
Telephone:     (212) 735-3000
Facsimile:      (212) 735-2000/1

PATRICK FITZGERALD, admitted *pro hac vice*
  patrick.fitzgerald@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Il 60606
Telephone: 312 407 0700
Facsimile: 312 407 0411

*Attorneys for Defendant PGA Tour, Inc.*

Gibson, Dunn &
Crutcher LLP

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

Pursuant to Civil Local Rule 5-1(h)(3) of the Northern District of California, I attest that concurrence in the filing of the document has been obtained from each of the other signatories to this document.

DATED: January 4, 2023    GIBSON, DUNN & CRUTCHER LLP

By:  */s/ Rachel S. Brass*
      Rachel S. Brass

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: January 5, 2023

_____
HONORABLE BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE

Gibson, Dunn &
Crutcher LLP