PAUL A. CONANT, AZ SBN 012667
  paulconant@conantlawfirm.com
CONANT LAW FIRM, PLC
2398 East Camelback Road, #925
Phoenix, Arizona 85016
Telephone:   602.508.9010
Facsimile:    602.508.9015

ROD J. STONE (admitted *pro hac vice*)
  rstone@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone:   213.229.7256
Facsimile:    213.229.6256

RACHEL S. BRASS (admitted *pro hac vice*)
  rbrass@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, California 94105-0921
Telephone:   415.393.8200
Facsimile:    415.393.8306

SCOTT K. HVIDT, (admitted *pro hac vice*)
  shvidt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201-2911
Telephone: 214.698.3100

*Attorneys for LIV Golf Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Matt Jones, Bryson DeChambeau, Peter Uihlein, and LIV Golf Inc., <br><br> Plaintiffs, <br> v. <br><br> PGA Tour, Inc., <br><br> Defendant. | **CASE NO. 2:23-mc-00016-SPL** <br><br> **UNDERLYING CASE: No. 5:22 Civ. 4486 (BLF) (SVK) (N.D. Cal.).** <br><br> **PARTIES' JOINT STATUS UPDATE REGARDING DEADLINE TO SERVE THIRD-PARTY SUBPOENAS AND REQUEST TO STAY** |

LIV Golf, Inc. ("LIV") and James Hahn (collectively, "the Parties"), by and through their undersigned counsel of record, respectfully submit this statement pursuant to this Court's May 10, 2023 Order instructing the Parties to "file a joint notice—no more than three pages—indicating whether the deadline for serving subpoenas on third parties was discussed at the May 22, 2023 Case Management Conference in the underlying action and if so, the effect of that discussion on the pending Motion to Quash (Doc. 1) in this action." ECF 11.

### A.   The Underlying Court Clarified LIV's and the PGA Tour's Deadline To Serve Third-Party Subpoenas.

On May 22, 2023, LIV and the PGA Tour appeared before the Honorable Beth Labson Freeman in the underlying action, *Jones, et al. v. PGA Tour, Inc.*, Case No. 5:22-cv-04486-BLF-SVK, (N.D. Cal.), for a joint Case Management Conference to, *inter alia*, seek clarification as to the deadline to subpoena third parties.  Declaration of Scott Hvidt ("Hvidt Decl.") ¶ 3.  The Court advised LIV and the PGA Tour as follows:

> The Court: So Mr. Quinn, you were looking for a modification of the scheduling order to allow propounding subpoenas to third parties by May 26, is that correct?
>
> Mr. Quinn: Yes, your Honor. There was some confusion, some other district courts read the order relating to the last date for production of documents by parties as applying to third parties, so that became a hangup. I understand that [Defendant PGA] Tour does not dispute that that was a misreading of the Court's order.
>
> The Court: All right. Then you can submit a stipulation and proposed order for me to sign. I can sign it as soon as you send it in. I will let you draft it because you know the four different subpoenas and the different courts you are dealing with, I want to make sure the language is exactly what you need to address the motions to quash on that issue.

*Id.*, Ex. A, 21:9–25.

Accordingly, on May 24, 2023, Judge Freeman signed a Stipulation and Order which: **1)** "affirm[ed] that the March 30, 2023 Written Discovery & Document Production Cutoff, ECF 204, was a party deadline and did not apply to the production of documents for nonparty witnesses"; **2)** set the deadline to serve subpoena duces tecum on nonparty

Gibson, Dunn & Crutcher LLP

1
PARTIES' JOINT STATUS UPDATE RE DEADLINE TO SERVE THIRD-PARTY SUBPOENAS
AND REQUEST TO STAY
Case No. 2:23-mc-00016-SPL

witnesses to June 6, 2023 "[f]or the benefit of the parties, non-parties and other courts in which motions to quash nonparty subpoenas on the grounds of untimeliness are pending or future motions may be filed"; **3)** confirmed that "[s]ervice of subpoena duces tecum on nonparties prior to June 6, 2023, including such service that occurred prior to the date of this Order, are considered timely"; and **4)** "[f]or an avoidance of a doubt, . . . confirm[ed] that LIV Golf Inc.'s ("LIV") service of four Subpoenas Duces Tecum on nonparties," including service on Mr. Hahn, "was timely." Hvidt Decl. ¶ 4, Ex. B, *Jones*' Court Order (ECF 447).

The Parties thereby submit that, pursuant to the court's Order, Plaintiff's service of Mr. Hahn's subpoena has been deemed timely.

**B.     The Parties Will Endeavor to Resolve the Remaining Objections to Avoid Further Court Intervention.**

The Parties have agreed to undertake additional conferral efforts to resolve Mr. Hahn's objections to the scope of the Subpoena. To afford sufficient time to iron out his objections, the Parties respectfully request that the Court stay the pending Motion to Quash. If, however, the Court declines to stay this proceeding, Mr. Hahn is willing to withdraw his Motion without prejudice, so that he may refile if the Parties are unable to reach an amicable, global resolution.

Dated: May 24, 2023                             Respectfully submitted,

By: */s/ Paul A. Conant*

PAUL A. CONANT, AZ SBN 012667
paulconant@conantlawfirm.com
CONANT LAW FIRM, PLC
2398 East Camelback Road, #925
Phoenix, Arizona 85016
Telephone:    602.508.9010
Facsimile:    602.508.9015

ROD J. STONE (admitted *pro hac vice*)
  rstone@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone:   213.229.7256
Facsimile:    213.229.6256

RACHEL S. BRASS (admitted *pro hac vice*)
  rbrass@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, California 94105-0921
Telephone:   415.393.8200
Facsimile:    415.393.8306

SCOTT K. HVIDT (admitted *pro hac vice*)
  shvidt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201-2911
Telephone: 214.698.3100

*Counsel for LIV Golf Inc.*

SCHARFF PC
By:   /s/ Spencer G. Scharff
Spencer G. Scharff
   spencer@scharffplc.com

KAPLAN HECKER & FINK LLP
By:   /s/ Sean Hecker
Sean Hecker
   shecker@kaplanhecker.com

*Counsel for Nonparty James Hahn*

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 24, 2023, I electronically transmitted or caused to be transmitted the attached document(s) to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to parties who are CM/ECF registrants.

/s/ Karen Stecker